**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Hansen-Susan,

Plaintiff,

v.

Civil No. 01-461 (RHK/SRN)
PAM/

Warner-Lambert Company, Parke-Davis, a division of Warner-Lambert, and Pfizer, Inc.,

Defendants.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED**, that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED**, that a copy of this Order shall be filed in the above-captioned case.

Dated: March 16, 2001

RICHARD H. KYLE
United States District Judge



FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Susan Hansen

vs. 01-461PAM/SRN

Warner-Lambert Co.

Judge Kyle has recused himself in the above-entitled matter and this matter has been re-assigned to Chief Judge Paul A. Magnuson. Please note that Magistrate Judge Susan R. Nelson remains the Magistrate Judge. Please use the above file number when submitting documents to the court in the future.