CIVIL 01-461 PAM/SRN

A CERTIFIED TRUE COPY

APR 13 2001

ATTEST
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

JUDGE KAPLAN

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

01 CV 3305

MAR 2 2001

FILED
CLERK'S OFFICE

*DOCKET NO. 1348*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE REZULIN PRODUCTS LIABILITY LITIGATION*

FLD
S D of NY
4/20/01

*(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-16)*

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 270 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

APR 23 2001
FILED
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 13 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED
JAMES M. PARKISON

# SCHEDULE CTO-16 -- TAG ALONG CASES
## DOCKET NO. 1348
## IN RE REZULIN PRODUCTS LIABILITY LITIGATION

| District | Div | Civil Action # | |
|---|---|---|---|
| DISTRICT OF COLUMBIA | | | |
| DC | 1 | 01-507 | Beasley v. Pfizer, Inc., et al. |
| FLORIDA SOUTHERN | | | |
| ~~FLS~~ | ~~1~~ | ~~01-1101~~ | ~~Clow, etc. v. Warner-Lambert Co., et al.~~ opposed 4/11/01 |
| LOUISIANA WESTERN | | | |
| LAW | 3 | 01-400 | Taylor, et al. v. Parke Davis, U.S., et al. |
| MARYLAND | | | |
| MD | 1 | 01-722 | Gilman v. Warner-Lambert Co., et al. |
| MD | 8 | 01-621 | McRae, etc. v. Parke-Davis, et al. |
| MINNESOTA | | | |
| MN | 0 | 01-461 | Hansen v. Warner-Lambert Co., et al. |
| OHIO NORTHERN | | | |
| OHN | 1 | 01-536 | Altman v. Warner-Lambert Co. |
| OHN | 3 | 01-7110 | Vorhees v. Warner-Lambert Co., et al. |
| OHN | 4 | 01-430 | Hyer v. Pfizer, Inc., et al. |
| OHIO SOUTHERN | | | |
| OHS | 1 | 01-122 | Starkey, et al. v. Warner-Lambert Co. |
| OKLAHOMA NORTHERN | | | |
| OKN | 4 | 01-147 | Duensing-Hollingwood, et al. v. Pfizer, Inc., et al. |
| RHODE ISLAND | | | |
| RI | 1 | 01-117 | Robertson, etc. v. Warner-Lambert Co., et al. |
| SOUTH CAROLINA | | | |
| SC | 2 | 01-819 | Hughes, et al. v. Parke-Davis, et al. |
| TENNESSEE EASTERN | | | |
| TNE | 2 | 01-62 | Rogers v. Warner-Lambert Co., et al. |
| TEXAS NORTHERN | | | |
| TXN | 4 | 01-174 | Anastasio, et al. v. Warner-Lambert Co., et al. |
| TEXAS SOUTHERN | | | |
| ~~TXS~~ | ~~7~~ | ~~01-55~~ | ~~Cano, et al. v. Warner-Lambert Co., et al.~~ opposed 4/11/01 |
| VIRGINIA WESTERN | | | |
| VAW | 1 | 01-20 | Roach v. Warner-Lambert Co., et al. |
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 2 | 01-205 | Johnson, et al. v. Pfizer, Inc., et al. |